IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LYNN FLACK**, | ) | CIVIL ACTION NO. 16-509 |
| Plaintiff, | ) | JUDGE JOY FLOWERS CONTI |
| v. | ) | |
| **CITIBANK, N.A.**, | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 29th day of June, upon the agreement and joint application of the parties, Plaintiff Lynn Flack ("Plaintiff") and Defendant Citibank, N.A. ("Citibank"), through their respective undersigned counsel, to enter into binding arbitration of Plaintiff's claims against Citibank;

IT IS HEREBY ORDERED that Plaintiff and Citibank are to submit their dispute to arbitration in accordance with the parties' written agreement to arbitrate, a copy of which is of record at ECF No. 9-1; and it is further ORDERED that this case is administratively closed pending the resolution of arbitration. This order shall not be considered a dismissal or disposition of any claims in this action and should further proceedings become necessary any party may initiate the same in the same manner as if this order had not been entered.

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Chief United States District Judge